# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D2025-3396
LT Case No. 2000-CF-002217-A

———————————————————

JOHNNY B. WILLIAMS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————————

3.850 Appeal from the Circuit Court for Seminole County.
Melissa D. Souto, Judge.

Johnny B. Williams, Daytona Beach, pro se.

James Uthmeier, Attorney General, Tallahassee, and Alyssa M.
Williams, Assistant Attorney General, Daytona Beach, for
Appellee.

July 21, 2026

PER CURIAM.

    AFFIRMED.

EISNAUGLE, SOUD, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____